# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| ADOPTIVE FAMILY #1 AND THEIR DAUGHTER A, et al., <br>     Plaintiffs, <br><br> vs. <br><br> WARREN COUNTY, OHIO/WARREN COUNTY BOARD OF COMMISSIONERS, <br>     Defendant. | Case No. 1:18-cv-179 <br> Dlott, J. <br> Litkovitz, M.J. <br><br><br> **ORDER** |

Before the Court is Plaintiffs' Motion for Leave to File Documents Under Seal, pursuant to S.D. Ohio Civ. R. 5.2.1(a). Plaintiffs seek to file the depositions and exhibits of Adoptive Families #1-7, as well as the depositions and exhibits of Director Susan Walther, Patti Jacobs, and Melissa Pittman. The Court has already found that Plaintiffs are authorized to file the depositions and exhibits of Adoptive Families #1-7, as well as the depositions and exhibits of Director Susan Walther, Patti Jacobs, and Melissa Pittman, under seal. (Doc. 80.)

The Court hereby **GRANTS** Plaintiffs' Motion for Leave to File Documents Under Seal. (Doc. 81.)

**IT IS SO ORDERED.**


Date:  1/21/19                                        *s/Karen L. Litkovitz*
                                                                                                     Karen L. Litkovitz
                                                                                                     United States Magistrate Judge