UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ADOPTIVE FAMILY #1 AND THEIR DAUGHTER, et al., *Individually and on behalf of class of similarly situated children and parents,*<br>　　Plaintiffs,<br><br>vs.<br><br>WARREN COUNTY, OHIO/WARREN COUNTY BOARD OF COMMISSIONERS,<br>　　Defendant. | Case No. 1:18-cv-179<br>Dlott, J.<br>Litkovitz, M.J.<br><br><br>**ORDER** |

This matter is before the Court following a hearing on plaintiffs' motion to certify a class/supplemental motion to certify a class (Docs. 3, 32) held on January 22, 2019.

Plaintiffs advised the Court at the hearing that they have decided to **WITHDRAW** their motion for preliminary injunction. (Doc. 2).

Defendants' motion to stay consideration of plaintiffs' motion to certify a class/supplemental motion to certify a class (Doc. 36) is **DENIED** as moot.

Defendants shall have **ten (10) days** from the date of the class certification hearing to file a supplemental response to plaintiffs' motion for class certification. Plaintiffs shall have **seven (7) days** from the date of defendants' filing to submit a reply.

**IT IS SO ORDERED.**

Date: 1/22/19

Karen L. Litkovitz
United States Magistrate Judge