IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

*Granted.*
*Karen L. Litkovitz*
*8/16/19*

| | |
|---|---|
| **Adoptive Family #1 and Their Daughter A., et al,** | CASE NO.: 1:18-cv-179 |
| Plaintiffs, | Magistrate Judge: Karen Litkovitz |
| v. | JOINT MOTION TO DISMISS |
| **Warren County, Ohio/Warren County Board of Commissioners** | |
| Defendants. | |

Pursuant to the terms of the settlement agreement which has now been approved by this court, the parties jointly move to dismiss this case with prejudice, subject to the continuing jurisdiction of this court for a limited period of 24 months.

## MEMORANDUM

This Court approved the class action settlement on June 10, 2019. Doc. 128. The settlement agreement provides that "This Court shall retain jurisdiction of this Agreement pursuant to *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994), for a period of 24 months unless a shorter time or an extension is approved by the Court. The effective date of this Agreement shall be the date of the court order approving the Settlement Agreement after a fairness hearing. The lawsuit shall be dismissed with prejudice upon conclusion of the fairness hearing and Court approval of the settlement, subject only to the Court retaining jurisdiction to enforce the terms of the settlement agreement." Subject to this court's continuing jurisdiction as set out above the parties request that this matter be dismissed with prejudice.

1